IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ANNETTE MATTIA, *et. al*,

    Plaintiffs-Appellees,

v.

SCOTT WHITEHOUSE, *et al.*,

    Defendants-Appellants.

No. 25-6118

**OPPOSED MOTION FOR AN EXTENSION OF DEADLINE TO FILE APPELLANTS' OPENING BRIEF**

    The United States of America hereby moves for a 30-day extension of the deadline to file the opening brief on behalf of the individual defendants in this case so that the brief will be due on February 23, 2026 (February 21 is a Saturday). Plaintiffs oppose this motion.

    1. This case arises from the fatal shooting of Raymond Mattia by three U.S. border patrol agents responding to a call from local police reporting gunshots by an alleged male shooter. Plaintiffs filed claims under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), and the Federal Tort Claims Act against the three agents involved in the shooting, alleging deprivation of a First Amendment right to familial association and the use of excessive force in violation of the Fourth

Amendment. The district court granted in part and denied in part the individual defendants' motion to dismiss plaintiffs' claims. Relevant here, the district court declined to dismiss plaintiffs' *Bivens* claim alleging excessive force and concluded that the individual defendants had not demonstrated that they were entitled to qualified immunity. The individual defendants timely appealed.

2. On September 29, 2025, this Court issued a briefing schedule in which the individual defendants' opening brief would be due on November 10, 2025, and plaintiffs' brief would be due on December 8, 2025. Dkt. 2. At the end of the day on September 30, 2025, however, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. In light of the lapse in government appropriations, this Court stayed all filing deadlines. Funding was not restored to the Department until the President signed a continuing resolution on November 12, 2025, and this Court subsequently issued a global order resetting all filing deadlines such that the individual defendants' brief would be due on December 23, 2025. Dkt. 11. The government filed a Streamlined Request of Extension on December 4, 2025, which further extended the deadline for

the individual defendants' opening brief to January 22, 2026. Dkt. 14. This matter is not currently scheduled for argument.

      3. The requested extension is necessary to allow the government adequate time to prepare its brief in light of the significant backlog of appellate briefing deadlines following restoration of appropriations to the Department, as well as the undersigned authority's various other deadlines that fall within the current briefing period.

      As mentioned, on November 12, 2025, the President signed into law a continuing resolution that—after 43 days of continuous lapse—funded the Department of Justice and thereby authorized Department attorneys to resume their normal litigation functions. *See* 31 U.S.C. § 1342. Although some Department attorneys were authorized to perform limited work under exceptions to the Anti-Deficiency Act, most civil litigation in the Department ceased for six weeks. As a result, the Appellate Staff had more than double the number of briefs due in the last two weeks of November 2025 and in the four weeks of December 2025 than in any normal six-week period.

      Moreover, Sophia Shams, the attorney at the Department of Justice with primary responsibility for drafting the individual defendants' brief in this case, is responsible for several other litigation matters with pressing deadlines, including *Climate United Fund v. Citibank, N.A.*, No. 25-5122 (D.C. Cir.) (en banc opening

brief due January 9, 2026); *Massachusetts Avenue Heights Citizens Association v. D.C. Board of Zoning Adjustment*, No. 24-CV-0759 (D.C. Ct. App.) (argument on behalf of the United States on January 14, 2026); *Thakur v. Trump*, No. 25-4249 (9th Cir.) (response to petition for rehearing due January 21, 2026); and *Climate United Fund v. Citibank, N.A.*, No. 25-5122 (D.C. Cir.) (en banc reply brief due February 17, 2026).

5.  The government therefore requests that it be granted a 30-day extension to file the opening brief on behalf of the individual defendants in this case. The requested extension will not appreciably delay the resolution of this case, and counsel will exercise diligence in preparing the brief within the time requested.

6.  The government has reached out to counsel for plaintiffs, who has stated that plaintiffs oppose this motion.

Respectfully submitted,

JAYNIE LILLEY

*/s/ Sophia Shams*
SOPHIA SHAMS
  Attorneys, Appellate Staff
  Civil Division, Room 7213
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  sophia.shams@usdoj.gov

January 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 733 words, excluding those portions exempted by Rule 32(f). It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

                                                  */s/ Sophia Shams*
                                                  Sophia Shams

## CERTIFICATE OF SERVICE

I certify that on January 7, 2025, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via appellate case management system. I also hereby certify that the participants in the case are registered ACMS users and will be served via ACMS.

                                       */s/ Sophia Shams*
                                       Sophia Shams